BEFORE THE SECOND DIVISION, AUGUST 14, 1939

**No. 41932.**—Protest 455967–G of Consolidated Import Co., Inc. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of laces similar to those involved in *Amrein* v. *United States* (T. D. 49551).   The claim at 75 percent under paragraph 1430 was therefore sustained.

**No. 41933.**—Protest 469568–G of Salem Shawiry (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces.   On the authority of *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.

**No. 41934.**—Protest 472142–G of Salem Shawiry (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces.   On the authority of *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.

**No. 41935.**—Protest 458963–G of Salem Shawiry (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces.   On the authority of *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.

**No. 41936.**—Protest 472223–G of Salem Shawiry (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of embroidered laces.   On the authority of *Amrein* v. *United States* (T. D. 49551) the claim at 75 percent under paragraph 1430 was sustained.

AUGUST 8, 1939

**No. 41937.**—————Protest 946984–G of Raybestos Manhattan, Inc. C. D. 175.   Application by plaintiff for rehearing denied. Brown, J., dissented.

AUGUST 10, 1939

**No. 41938.**—————Protests 837292–G, etc., of Shell Eastern Petroleum Products, Inc., et al.   C. D. 189.   Application by plaintiffs for rehearing denied.   Brown, J., dissented.

AUGUST 11, 1939

**No. 41939.**—————Protest 935066–G of Boucheron Co., Inc.   Abstract 41475.   Application by plaintiff for rehearing denied.